Todd M. Friedman (SBN 216752)
Meghan E. George (SBN 274525)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
mgeorge@toddflaw.com
abacon@toddflaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRANDON BERNSTEIN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>LYFT, INC.; DOES 1-10 Inclusive,<br><br>        Defendant. | Case No. 2:19-cv-02620-GW-GJS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>*[Proposed] Order Dismissing Action filed herewith*<br><br>Judge:  Hon. George H. Wu |

1       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Brandon

2  Bernstein ("Plaintiff") hereby voluntarily dismisses the above-entitled action against

3  Defendant Lyft, Inc. ("Lyft").  Plaintiff files this notice of dismissal before Lyft has

4  filed a responsive pleading or motion.  Plaintiff's dismissal is with prejudice as to

5  Plaintiff's individual claims and without prejudice as to the claims of any putative

6  class members.

7       Plaintiff respectfully requests that the Court enter the [Proposed] Order

8  Dismissing Action filed herewith and that the Clerk of the Court close this case.

9

10

11  DATED:                  LAW OFFICES OF TODD M. FRIEDMAN, P.C.

12                              TODD M. FRIEDMAN

13                              MEGHAN E. GEORGE

                            ADRIAN R. BACON

14

15

16                    By:         *Adrian. R. Bacon*

17                             ADRIAN R. BACON

                  Attorneys for Plaintiff

18

19

20

21

22

23

24

25

26

27

28