JS-6

Todd M. Friedman (SBN 216752)
Meghan E. George (SBN 274525)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
mgeorge@toddflaw.com
abacon@toddflaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRANDON BERNSTEIN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LYFT, INC.; DOES 1-10 Inclusive,<br><br>　　　　Defendant. | Case No. CV 19-2620-GW-GJSx<br><br>**ORDER DISMISSING ACTION**<br><br>Judge: Hon. George H. Wu |

**ORDER**

Plaintiff has filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). IT IS THEREFORE ORDERED that this action is dismissed in its entirety and with prejudice as to Plaintiff's individual claims, and without prejudice as to any claims by the putative, uncertified class alleged by Plaintiff.

**IT IS SO ORDERED.**

DATED: June 10, 2019

*[signature]*

Hon. George H. Wu
United States District Judge